**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 95-8545**

―――――――――

ERIC D. HARRIS,

Plaintiff - Appellant,

versus

VIRGINIA PAROLE BOARD; VIRGINIA DEPARTMENT OF
CORRECTIONS; ATTORNEY GENERAL OF VIRGINIA,

Respondents - Appellees.

―――――――――

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-95-1277-R)

―――――――――

Submitted: April 15, 1996          Decided: May 2, 1996

―――――――――

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Eric D. Harris, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. <u>Harris v. Virginia Parole Bd.</u>, No. CA-95-1277-R (W.D. Va. Dec. 6, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>